UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| STEVE C. JOHNSON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CV412-193 |
| BASF CATALYSTS, LLC, | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Theresa Donahue Egler of the law firm of Ogletree, Deakins, Nash, Smoak, and Stewart, PC, 10 Madison Avenue, Suite 400, Morristown, New Jersey 07930, for permission to appear pro hac vice on behalf of defendant BASF Catalysts, LLC, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Theresa Donahue Egler as counsel of record for defendant BASF Catalysts, LLC, in this case.

**SO ORDERED** this __26th__ day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA